**Maurice B. STEWART, Jr., Plaintiff—Appellant,**

v.

**Dr. JOUBERT; Dr. Colin Ottey; Correctional Medical Services Inc.; Warden Phillip Morgan; Assistant Warden Harry Murphy; Chief of Security Mi-**

chael P. Thomas; Dr. Getachew; Nurse Manager Jeanette Simmons; Assistant Warden Richard J. Graham, Jr., Defendants—Appellees,

and

Warden, Defendant.

No. 12–6247.

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 22, 2012.

Maurice B. Stewart, Jr., Appellant Pro Se. Philip Melton Andrews, Katrina J. Dennis, Kramon & Graham, PA, Baltimore, Maryland; Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice B. Stewart, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stewart v. Joubert,* No. 1:11–cv–00427–JFM, 2012 WL 294910 (D.Md. Jan. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*